UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ISRAEL LOUIS GOODIN,

    Petitioner,

v.

    Case No. 2:09-cv-280
    HON. R. ALLAN EDGAR

GREG MCQUIGGIN,

    Respondent.
_____/

## ORDER

Israel Louis Goodin, a Michigan state prisoner in the custody of the Michigan Department of Corrections, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He moves for a temporary restraining order and injunctive relief under Fed. R. Civ. P. 65. [Doc. No. 11].

On November 3, 2010, Magistrate Judge Timothy P. Greeley submitted his report recommending that the motion for injunctive relief be denied. [Doc. No. 12]. Petitioner Goodin has not timely filed an objection to the report and recommendation. After reviewing the record, the Court accepts and adopts the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). Petitioner Goodin's motion for a temporary restraining order and injunctive relief [Doc. No. 11] is **DENIED**.

SO ORDERED.

Date: November 29, 2010.

                                                */s/ R. Allan Edgar*
                                           R. ALLAN EDGAR
                                           UNITED STATES DISTRICT JUDGE